**C. Salopoulos, trading as Greek Saloniki, appellee, v. Sell Brothers Company, appellant. Gen. No. 29,002.**

Action to recover balance due on a contract for advertising. Judg-

ment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the third division of this court for the first district, at the October term, 1923. Affirmed. Opinion filed December 24, 1924.

O'Shaughnessy & O'Shaughnessy and Walter F. Cunningham, for appellant. William J. Sheridan, for appellee; Newman A. DuMont, of counsel.

Mr. Justice Thomson delivered the opinion of the court.